# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CLARETHA R. JONES,**

      **Plaintiff,**

    v.                                         **Civil Action 2:18-cv-994**
                                                    **Judge George C. Smith**
                                                    **Magistrate Judge Jolson**

**THE DATA ENTRY COMPANY,**

      **Defendant.**

## OPINION AND ORDER

This matter is before the Court on Defendant's Motion for a More Definite Statement (Doc. 5) filed on September 25, 2018. Plaintiff's deadline to respond to the Motion has passed. For the reasons that follow, the Court **GRANTS** Defendant's Motion. Plaintiff is **ORDERED** to file an amended complaint on or before November 8, 2018.

Federal Rules of Civil Procedure Rule 12(e) provides that a "party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response." As her complaint, Plaintiff has submitted 40 plus pages of paperwork related to her claims of discrimination filed with the Ohio Civil Rights Commission and the Equal Employment Opportunity Commission. (*See generally* Doc. 1-1). The Court agrees with the Defendant that this approach to pleading is sufficiently vague and ambiguous to justify an order requiring Plaintiff to file an amended complaint.

In her amended complaint, the Plaintiff should do her best to comply with the following rules. A complaint should contain:

(1) a short and plain statement of the grounds for the court's jurisdiction;

(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a)(1)–(3). All claims must be set forth in "numbered paragraphs, each limited as far as practicable to a single set of circumstances," Fed. R. Civ. P. 10(b), and "[e]ach allegation must be simple, concise, and direct," Fed. R. Civ. P. 8(d)(1).

To assist in complying with these rules, Plaintiff may wish to use the Court's Complaint Form (Pro Se) attached as Exhibit A, which can also be found on the Court's website. *See* http://www.ohsd.uscourts.gov/ohio-southern-district-forms. In addition, Plaintiff may wish to consult the Court's *pro se* guide, which provides basic information regarding the preparation of a complaint. *See A Guide for Pro Se Civil Litigations: Representing Yourself in the United States District Court for the Southern District of Ohio*, Sec. III.1, available at http://www.ohsd.uscourts.gov/pro-se-handbook.

For the foregoing reasons, Plaintiff is **ORDERED** to file an amended complaint on or before November 8, 2018.

IT IS SO ORDERED.

Date: October 17, 2018    /s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE